**Ballard Spahr LLP**

Justin W. Lamson
Tel: 646.346.8032
Fax: 646.690.8789
lamsonjw@ballardspahr.com

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

MEMO ENDORSED

January 26, 2021

By Electronic Filing

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Rochel Farkas v. Citibank, N.A., et al.*, No. 7:20-cv-10952

Dear Judge Román:

We represent defendant Citibank, N.A. in the above-referenced matter. We write, pursuant to subsection 1.E. of Your Honor's Individual Practices in Civil Cases, to request an extension of time to answer, move, or otherwise respond to the Complaint filed by plaintiff Rochel Farkas ("Plaintiff") to Friday, February 26, 2021.

The current deadline for Citibank to respond to the Complaint is Friday, January 29, 2021. There have been no previous requests by Citibank for an extension of time to respond to the Complaint. The requested extension does not affect any other scheduled dates or deadlines of the parties. Citibank requests the extension to investigate Plaintiff's allegations and discuss a potential settlement with counsel for Plaintiff. Counsel for Plaintiff consents to this request.

Accordingly, Citibank respectfully requests that the Court grant its unopposed request to extend the time to respond to Plaintiff's Complaint through Friday, February 26, 2021.

Respectfully submitted,

*/s/ Justin W. Lamson*
Justin W. Lamson

cc: Counsel of Record (via ecf)

---

Defendant's application is GRANTED. Citibank, N.A., is directed to respond to Plaintiff's Complaint on or before February 26, 2021. To the extent Citibank, N.A., intends to respond through motion practice, it is directed to consult this Court's local rules and timely submit a request for a pre-motion conference. The Clerk of the Court is directed to terminate the Motion at ECF No. 20.

Dated: February 2, 2021
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2021