UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/31/2021_
```

ROCHEL FARKAS,

              Plaintiff,                     **ORDER**

      - against -                  20 Civ. 10952 (NSR)

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,

             Defendants.

---------------------------------------------------------------X

Román, D.J.:

        The Court having been advised that all claims asserted herein have been settled against remaining parties JPMorgan Chase Bank, N.A. and TD Bank, N.A. (*see* ECF Nos. 52, 53), it is

        ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:     August 31, 2021
              White Plains, New York

                                                       _____
                                                         HONORABLE NELSON S. ROMÁN